## Commonwealth *v.* Elias and Johns, Appellants (No. 2).

Argued April 18, 1921. Appeal, Nos. 2 and 3, March T., 1921, from judgment of Q. S. Luzerne County, February Sessions, 1921, No. 116, on verdict of guilty in the case of Commonwealth of Pennsylvania v. Joseph Elias and Mike Johns. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY ORLADY, P. J., July 14, 1921:

This appeal was heard with that of Commonwealth v. Joseph Elias and Mike Johns, argued as of Nos. 2 and 3, March Term, 1921. Separate appeals were taken in each of the cases, but they were argued together as they were tried before the same jury, and the same question involved as in other appeals.

For the reasons therein given the judgment is affirmed, and the same order made. Order in full.